**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of Texas, Sherman Division

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | Barnard's Transfer Services, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 5 – 0 5 0 6 8 7 2 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 206 E. 4th Street<br>Number    Street | _____<br>Number    Street |
| | | _____ | Po Box 126<br>P.O. Box |
| | | Justin, TX 76247<br>City    State    ZIP Code | Justin, TX 76247-0126<br>City    State    ZIP Code |
| | | Denton<br>County | **Location of principal assets, if different from principal place of business**<br>116 Fm 2450<br>Number    Street<br><br>Krum, TX 76249-3811<br>City    State    ZIP Code |

| 5. | Debtor's website (URL) | barnardstransfer.com |
|---|---|---|
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  __Barnard's Transfer Services, Inc._____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   4  8  8  2 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ❑ A plan is being filed with this petition.<br>    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____ When _____ Case number _____<br>                                                MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                                   MM / DD / YYYY<br>        Case number, if known _____ |

Debtor     Barnard's Transfer Services, Inc.        Case number *(if known)* _____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number      Street

_____

_____ ____ _____
City                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000
☑ 100-199    ☐ 200-999      ☐ 10,001-25,000                            ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

Debtor   Barnard's Transfer Services, Inc.    Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/11/2020
    MM/ DD/ YYYY

X  /s/ Charles Pennington        Charles Pennington
Signature of authorized representative of debtor   Printed name

Title        President

**18. Signature of attorney**

X     /s/ David Ritter        Date  05/11/2020
Signature of attorney for debtor         MM/ DD/ YYYY

David Ritter
Printed name

Ritter Spencer PLLC
Firm name

15455 Dallas Parkway Suite 600
Number    Street

Addison              TX       75001
City              State     ZIP Code

(214) 295-5078           dritter@ritterspencer.com
Contact phone           Email address

00791534             TX
Bar number            State

Fill in this information to identify the case:

Debtor name: Barnard's Transfer Services, Inc.

United States Bankruptcy Court for the: Eastern District of Texas, Sherman Division

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 4M Steel, LLC<br>7212 Fm 2450<br>Sanger, TX 76266-7250 | | | | | | $21,470.00 |
| 2 | BNSF Railway Company<br>c/o Jones Lang Lasalle<br>4200 Buckingham Road<br>Fort Worth, TX 76155 | | | | | | $48,426.29 |
| 3 | Capital One<br>Po Box 71083<br>Charlotte, NC 28272-1083 | | | | | | $19,244.18 |
| 4 | Frontier Tank Lines<br>6850 Tpc Dr Ste 200<br>Mckinney, TX 75070-3145 | | | | | | $56,993.61 |
| 5 | Fundbox<br>300 Montgomery St Ste 900<br>San Francisco, CA 94104-1921 | | Loan | | | | $56,300.64 |
| 6 | GM Financial<br>Po Box 78143<br>Phoenix, AZ 85062-8143 | | Purchase Money | | | | $48,280.78 |
| 7 | GM Financial<br>PO Box 78143<br>, 85062-8143 | | Purchase Money | | | | $48,043.11 |
| 8 | Harwill, Sammy<br>PO Box 1280<br>, 75765 | | Agreement | Disputed | | | $287,182.22 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    Barnard's Transfer Services, Inc.    Case number *(if known)* _____
                    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hurd Oil Field Services, Inc.  Po Box 728  Jacksboro, TX 76458-0728 | | | | | | $50,850.00 |
| 10 | Internal Revenue Service  Insolvency  Po Box 7317  Philadelphia, PA 19101-7317 | | | Disputed  Unliquidated | | | $70,948.75 |
| 11 | Kimmey, Kelley  6066 Tim Donald Rd  Justin, TX 76247-2961 | | Loan | | | | $287,182.22 |
| 12 | Kubota Credit Corporation  PO Box 2046  Grapevine, TX 76099 | | | | | | $75,486.20 |
| 13 | Laird, Marc  466 Gingham Dr  Houston, TX 77024-6510 | | Lawsuit | Contingent  Disputed  Unliquidated | | | $100,000.00 |
| 14 | MacAllister CAT Rental  Po Box 78000  Detroit, MI 48278-0731 | | | | | | $76,070.95 |
| 15 | Red River Propane  Po Box 588  Marietta, OK 73448-0588 | | | | | | $32,592.39 |
| 16 | Southern Tire Mart  PO Box 1000  Memphis, TN 38148-0143 | | | | | | $14,227.76 |
| 17 | The Hartford  Po Box 660916  Dallas, TX 75266-0916 | | Insurance | Disputed | | | $127,357.97 |
| 18 | Unifirst Holdings, Inc  Po Box 7580  Fort Worth, TX 76111-0580 | | | | | | $29,618.70 |
| 19 | United Rentals  PO Box 840514  Dallas, TX 75284-0514 | | | | | | $23,075.55 |
| 20 | Venture Industrial Productions, Inc.  PO Box 1241  Bryson, TX 76427 | | | | | | $30,685.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2