
# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Barnard's Transfer Services, Inc. | § | Case No. 20-41139 |
| PO Box 126 | § | |
| Justin, TX 76247-0126 | § | |
| DENTON-TX | § | |
| Tax ID / EIN: 45-0506872 | § | Chapter 11 |
| | § | |

## AGREED ORDER GRANTING U.S. TRUSTEE'S MOTION TO DISMISS

Came on for consideration the United States Trustee's Motion to Dismiss ("**Motion**") filed in the above-numbered and captioned bankruptcy case ("**Case**"). The Court finds that the Motion was properly noticed and, after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

**ORDERED** that the Case is hereby dismissed and the Debtor shall not file under any chapter of Title 11 for a period of 180 days from this Order without first obtaining authorization from this Court; it is further

**ORDERED t**hat the Debtor will pay $1,500 in outstanding fees to the SBRA V Trustee, Mr. Mark Weisbart within seven days of this Agreed Order; it is further

**ORDERED** that the Court will retain jurisdiction to adjudicate matters relating to the fees owed to the SBRA V Trustee, Mr. Mark Weisbart, and to enforce the terms of this Agreed Order; it is further

**ORDERED** that the Court will retain jurisdiction to consider pending matters in *Marc N. Laird v. Barnard Transfer Services, Inc., et al.*, adversary proceeding no. 20-4080, which was transferred to this Court from the Northern District of Texas.

**SO ORDERED AND ADJUDGED**.

Signed on 8/20/2020

*Brenda T. Rhoades* SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

U.S. Trustee, William T. Neary

By: /s/ Marc Salitore
Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702
903-590-1450
Email: marc.f.salitore@usdoj.gov

SBRA V Trustee, Mark Weisbart

By: /s/ Mark Weisbart
Mark A WEISBART (SBRA V)
12770 Coit Road
Suite 541
Dallas, TX 75251
972-628-4903

Barnard's Transfer Services, Inc.

By: /s/ David D. Ritter
David D. Ritter
Ritter Spencer PLLC
15455 Dallas Parkway, Suite 600
Addison, TX 75001
2142955078
Fax : 2143294362
Email: dritter@ritterspencer.com